# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 5:14-cr-14-Oc-22PRL

**ALEJANDRO CORTES-VAZQUEZ**

___

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20), to which there have been no timely objections filed, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 20th day of May, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services